AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Pieras Jr., Jaime | 2. Court or Organization<br><br>U.S. District Court of P.R. | 3. Date of Report<br><br>05/15/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Senior District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b.   ☒   Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>US Courthouse & Post Office Bd<br>300 Recinto Sur St., Suite 353<br>San Juan, PR 00901 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED
2005 AUG 4 AM 8:00
FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pieras Jr., Jaime | 05/15/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pieras Jr., Jaime | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. GNMA Pool # 068631 | B | Interest | J | T | | | | | |
| 2. GNMA Pool # 068266 | B | Interest | J | T | | | | | |
| 3. GNMA Pool # 100582 | A | Interest | J | T | | | | | |
| 4. GNMA Pool # 104698 | A | Interest | J | T | | | | | |
| 5. GNMA Pool # 190277 | A | Interest | J | T | | | | | |
| 6. GNMA Pool Lehman Bros. | C | Interest | K | T. | | | | | |
| 7. GNMA Pool # 449379 | D | Interest | M | T | | | | | |
| 8. Shering Plough Corp. | A | Dividend | J | T | | | | | |
| 9. Chase Manhattan Bank | A | Dividend | K | T | | | | | |
| 10. Enron Corp. | A | Dividend | J | T | | | | | |
| 11. Intel Corp. | A | Dividend | J | T | | | | | |
| 12. Apple Computer | A | Dividend | K | T | sell | 09-15 | K | B | Smith Barney |
| 13. Clear Channel Communications | A | Dividend | J | T | | | | | |
| 14. Atmi, Inc. | A | Dividend | J | T | | | | | |
| 15. Compuware Corp. | A | Dividend | J | T | | | | | |
| 16. Dell Computer | A | Dividend | J | T | | | | | |
| 17. GAP | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pieras Jr., Jaime | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Genzyme Corp. | A | Dividend | J | T | | | | | |
| 19. Interpublic Group Companies | A | Dividend | J | T | | | | | |
| 20. Motorola | A | Dividend | J | T | | | | | |
| 21. Wachovia Security money market fund | B | Interest | L | T | | | | | |
| 22. GNMA Pool # 529955 | E | Interest | N | T | | | | | |
| 23. Eaton Vance Tax Exempt Mutual Fund | B | Dividend | K | T | | | | | |
| 24. Hewlett Packard | A | Dividend | K | T | | | | | |
| 25. Citibank Bank Deposit Program | C | Interest | O | T | | | | | Temporary fund/ to be inve |
| 26. Puerto Rico Municipal Bond | D | Interest | M | T | | | | | |
| 27. US Strip Treasuty Note | A | Interest | K | T | Redemption | 09/09 | K | | |
| 28. Structured Mortgage Product | E | Interest | M | T | | | | | |
| 29. Popular Trust I | C | Interest | L | T | redemrtion | 09/09 | L | | |
| 30. Amgen | A | Dividend | K | T | sell | 09/09 | K | | Smith Barney |
| 31. Applied Material Inc. | A | Dividend | K | T | sell | 12/24 | K | | Smith Barney |
| 32. Friedman Billings Ramsey Group | C | Dividend | L | T | sell | 12/24 | L | | Smith Barney |
| 33. Sandisk corp. | A | Dividend | K | T | sell | 08/22 | K | | Smith Barney |
| 34. Federal Home Loan Bank | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pieras Jr., Jaime | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Smith Barney money funds Government portfolio | B | Interest | L | T | | | | | |
| 36. Weatherford Intl. | A | Dividend | K | T | sell | 10/17 | K | | Smith Barney |
| 37. Advent Software | A | Dividend | J | T | sell | 09/27 | J | | Smith Barney |
| 38. Biogen Idec, Inc. | A | Dividend | K | T | sell | 10/23 | K | | Smith Barney |
| 39. Cablevision Systems corp. | A | Dividend | K | T | sell | 10/14 | K | | Smith Barney |
| 40. Charming Shoppes, Inc. | A | Dividend | J | T | sell | 09/24 | J | | smith Barney |
| 41. Chiron Corp. | A | Dividend | K | T | sell | 10/15 | K | | Smith Barney |
| 42. Comcast | A | Dividend | K | T | sell | 10/22 | K | | Smith Barney |
| 43. Cree, Inc. | A | Dividend | J | T | sell | 09/28 | J | | Smith Barney |
| 44. Forest laboratories, Inc. | A | Dividend | K | T | sell | 10/15 | K | | Smith Barney |
| 45. Genzyme Corp. | A | Dividend | K | T | sell | 10/15 | K | | Smith Barney |
| 46. Grant Prideco, Inc. | A | Dividend | J | T | sell | 10/15 | J | | Smith Barney |
| 47. L3 communications Holdings, Inc | A | Dividend | K | T | sell | 10/15 | K | | Smith Barney |
| 48. Lehman Brothers Holdings, Inc. | A | Dividend | K | T | sell | 10/15 | K | | Smith Barney |
| 49. Liberty Media, Inc. | A | Dividend | J | T | sell | 10/15 | J | | Smith Barney |
| 50. Liberty Media International, Inc | A | Dividend | J | T | sell | 09/24 | J | | Smith Barney |
| 51. Maxtor Corp. | A | Dividend | J | T | sell | 10/15 | J | | smith Barney |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pieras Jr., Jaime | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Micron Technology, Inc. | A | Dividend | K | T | sell | 10/15 | K | | Smith Barney |
| 53. Millenium Pharmaceuticals, Inc. | A | Dividend | J | T | sell | 09/23 | J | | Smith Barney |
| 54. Pall Corp. | A | Dividend | K | T | sell | 10/15 | K | | Smith Barney |
| 55. Sandisk Corp | A | Dividend | J | T | sell | 11/04 | J | | Smith Barney |
| 56. Tyco International | A | Dividend | K | T | | | | | |
| 57. Unitedhealth Group, Inc | A | Dividend | K | T | sell | 10/15 | K | | Smith Barney |
| 58. Mutual fund Aim blue Chip | A | Interest | K | T | sell | 10/15 | K | | Wachovia Securities |
| 59. Aim Blue chip Fund | A | Interest | J | T | buy | 10/15 | J | | Wachovia Securities |
| 60. GNMA # 636435 | E | Interest | O | T | buy | 10/15 | O | | Smith Barney |
| 61. GNMA # 449379 | C | Interest | K | T | buy | 10/15 | K | | Smith Barney |
| 62. GNMA Pool # 636505 | D | Interest | N | T | buy | 10/15 | N | | Smith Barney |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pieras Jr., Jaime | 05/15/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

NONE

| Name of Person Reporting | Date of Report |
|---|---|
| Pieras Jr., Jaime | 05/15/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date 8/1/006

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

**FILING INSTRUCTIONS**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO 10<br>Rev. 1/2006 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2005** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Pieras Jr., Jaime | 2. Court or Organization<br><br>U.S. District Court of P.R. | 3. Date of Report<br><br>05/15/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. Senior District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☒ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>US Courthouse & Post Office Bd<br>300 Recinto Sur St., Suite 353<br>San Juan, PR 00901 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pieras Jr., Jaime | 05/15/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]   NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X]   NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X]   NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pieras Jr., Jaime | 05/15/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pieras Jr., Jaime | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. GNMA Pool # 068631 | B | Interest | J | T | | | | | |
| 2. GNMA Pool # 068266 | B | Interest | J | T | | | | | |
| 3. GNMA Pool # 100582 | A | Interest | J | T | | | | | |
| 4. GNMA Pool # 104698 | A | Interest | J | T | | | | | |
| 5. GNMA Pool # 190277 | A | Interest | J | T | | | | | |
| 6. GNMA Pool Lehman Bros. | C | Interest | K | T | | | | | |
| 7. GNMA Pool # 449379 | D | Interest | M | T | | | | | |
| 8. Shering Plough Corp. | A | Dividend | J | T | | | | | |
| 9. Chase Manhattan Bank | A | Dividend | K | T | | | | | |
| 10. Enron Corp. | A | Dividend | J | T | | | | | |
| 11. Intel Corp. | A | Dividend | J | T | | | | | |
| 12. Apple Computer | A | Dividend | K | T | sell | 09-15 | K | B | Smith Barney |
| 13. Clear Channel Communications | A | Dividend | J | T | | | | | |
| 14. Atmi, Inc. | A | Dividend | J | T | | | | | |
| 15. Compuware Corp. | A | Dividend | J | T | | | | | |
| 16. Dell Computer | A | Dividend | J | T | | | | | |
| 17. GAP | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pieras Jr., Jaime | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Genzyme Corp. | A | Dividend | J | T | | | | | |
| 19. Interpublic Group Companies | A | Dividend | J | T | | | | | |
| 20. Motorola | A | Dividend | J | T | | | | | |
| 21. Wachovia Security money market fund | B | Interest | L | T | | | | | |
| 22. GNMA Pool # 529955 | E | Interest | N | T | | | | | |
| 23. Eaton Vance Tax Exempt Mutual Fund | B | Dividend | K | T | | | | | |
| 24. Hewlett Packard | A | Dividend | K | T | | | | | |
| 25. Citibank Bank Deposit Program | C | Interest | O | T | | | | | Temporary fund/ to be inve |
| 26. Puerto Rico Municipal Bond | D | Interest | M | T | | | | | |
| 27. US Strip Treasuty Note | A | Interest | K | T | Redemption | | | | |
| 28. Structured Mortgage Product | E | Interest | M | T | | | | | |
| 29. Popular Trust I | C | Interest | L | T | redemrtion | | | | |
| 30. Amgen | A | Dividend | K | T | sell | 09/09 | K | | Smith Barney |
| 31. Applied Material Inc. | A | Dividend | K | T | sell | 12/24 | K | | Smith Barney |
| 32. Friedman Billings Ramsey Group | C | Dividend | L | T | sell | 12/24 | L | | Smith Barney |
| 33. Sandisk corp. | A | Dividend | K | T | sell | 08/22 | K | | Smith Barney |
| 34. Federal Home Loan Bank | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pieras Jr., Jaime | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Smith Barney money funds Government portfolio | B | Interest | L | T | | | | | |
| 36. Weatherford Intl. | A | Dividend | K | T | sell | 10/17 | K | | Smith Barney |
| 37. Advent Software | A | Dividend | J | T | sell | 09/27 | J | | Smith Barney |
| 38. Biogen Idec, Inc. | A | Dividend | K | T | sell | 10/23 | K | | Smith Barney |
| 39. Cablevision Systems corp. | A | Dividend | K | T | sell | 10/14 | K | | Smith Barney |
| 40. Charming Shoppes, Inc. | A | Dividend | J | T | sell | 09/24 | J | | smith Barney |
| 41. Chiron Corp. | A | Dividend | K | T | sell | 10/15 | K | | Smith Barney |
| 42. Comcast | A | Dividend | K | T | sell | 10/22 | K | | Smith Barney |
| 43. Cree, Inc. | A | Dividend | J | T | sell | 09/28 | J | | Smith Barney |
| 44. Forest laboratories, Inc. | A | Dividend | K | T | sell | 10/15 | K | | Smith Barney |
| 45. Genzyme Corp. | A | Dividend | K | T | sell | 10/15 | K | | Smith Barney |
| 46. Grant Prideco, Inc. | A | Dividend | J | T | sell | 10/15 | J | | Smith Barney |
| 47. L3 communications Holdings, Inc | A | Dividend | K | T | sell | 10/15 | K | | Smith Barney |
| 48. Lehman Brothers Holdings, Inc. | A | Dividend | K | T | sell | 10/15 | K | | Smith Barney |
| 49. Liberty Media, Inc. | A | Dividend | J | T | sell | 10/15 | J | | Smith Barney |
| 50. Liberty Media International, Inc | A | Dividend | J | T | sell | 09/24 | J | | Smith Barney |
| 51. Maxtor Corp. | A | Dividend | J | T | sell | 10/15 | J | | smith Barney |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pieras Jr., Jaime | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Micron Technology, Inc. | A | Dividend | K | T | sell | 10/15 | K | | Smith Barney |
| 53. Millenium Pharmaceuticals, Inc. | A | Dividend | J | T | sell | 09/23 | J | | Smith Barney |
| 54. Pall Corp. | A | Dividend | K | T | sell | 10/15 | K | | Smith Barney |
| 55. Sandisk Corp | A | Dividend | J | T | sell | 11/04 | J | | Smith Barney |
| 56. Tyco International | A | Dividend | K | T | | | | | |
| 57. Unitedhealth Group, Inc | A | Dividend | K | T | sell | 10/15 | K | | Smith Barney |
| 58. Mutual fund Aim blue Chip | A | Interest | K | T | sell | 10/15 | K | | Wachovia Securities |
| 59. Aim Blue chip Fund | A | Interest | J | T | buy | | | | Wachovia Securities |
| 60. GNMA # 636435 | E | Interest | O | T | buy | | | | Smith Barney |
| 61. GNMA # 449379 | C | Interest | K | T | buy | | | | Smith Barney |
| 62. GNMA Pool # 636505 | D | Interest | N | T | buy | | | | Smith Barney |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pieras Jr., Jaime | 05/15/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

NONE

| Name of Person Reporting | Date of Report |
|---|---|
| Pieras Jr., Jaime | 05/15/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____ Date_____ 5/12/06

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544